UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARAH ETHERIDGE | * | CIVIL ACTION NO.: 23-822 |
|    Plaintiff | * | |
| | * | SECTION: "L" (5) |
| VERSUS | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| DOGENCORP LLC, ET AL | * | MAGISTRATE JUDGE: |
|    Defendants | * |    MICHAEL B. NORTH |
| | * | |

**************************************

## FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT comes Petitioner, SARAH ETHRIDGE, an individual of the full age of majority and resident of St. Tammany Parish, State of Louisiana, who, pursuant to Federal Rules of Civil Procedure Rule 15, files this First Supplemental and Amending Petition for Damages as follows:

I.

Petitioner desires to supplement her original Petition for Damages filed on January 27, 2023, by amending the following paragraphs:

II.

Petitioner wishes to supplement and amend Paragraph 3 of the Petition for Damages to read as follows:

"3.

This action results from a trip and fall incident in St. Tammany Parish, Louisiana on

or about **April 4, 2022**, at the Dollar General Market store located at 78258 Highway 437 in Covington, Louisiana. Venue is proper before this Court as the Defendants conduct retail businesses in St. Tammany Parish."

III.

Petitioner wishes to supplement and amend Paragraph 4 of the Petition for Damages to read as follows:

"4.

On or about **April 4, 2022**, Petitioner was a customer at the Dollar General Market during normal business hours. As she entered the store, Petitioner's shoe got caught in a defective entrance mat causing Petitioner to be thrown forward landing on her knees. Petitioner tripped on the entrance mat which had a large rip in it where the rug meets the rubber liner causing injuring to both her knees. There were no warning signs nearby alerting Petitioner to the dangerous and defective mat."

IV.

Petitioner reasserts and realleges all other allegations set forth in the original Petition for Damages, as if copied herein, against Defendants.

**WHEREFORE PETITIONER PRAYS**, that this Supplemental and Amending Petition for Damages and the originally filed Petition for Damages be served upon Defendants; and that, after all due proceedings are had, that there be a judgment in Petitioner's favor and against the Defendants for all damages set forth herein and in the original Petition for Damages, including, but not limited to, all damages to which she is entitled to under the

law, all costs of these proceedings, and interest thereon from the date of this demand and any and all other general and equitable relief to which she is entitled.

>Respectfully submitted:
>
>**RENÉ FREDERICK & ASSOCIATES, LLC**
>
>BY: */s/ Jeanne M. Mauldin*
>**RENÉ PAUL FREDERICK, # 27468**
>**JEANNE M. MAULDIN, # 28923**
>222 N. Vermont Street
>Covington, La 70433
>Telephone: (985) 893-8484
>Facsimile: (985) 893-8118
>Email: rfrederick@rfalaw.com
>Email: jmauldin@rfalaw.com
>Service Email: service@rfalaw.com
>***Attorneys for Plaintiff, Sarah Etheridge***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic filing system this  16th  day of May 2023.

>  */s/ Jeanne M. Mauldin*
>**JEANNE M. MAULDIN**