**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

SARAH ETHERIDGE                                    CIVIL ACTION

VERSUS                                             NO. 23-822

DOLGENCORP, LLC, ET AL                             SECTION: L (5)

<u>J U D G M E N T ON JURY VERDICT</u>

This action was tried by a jury with Judge Eldon E. Fallon presiding.  On November 14,

2023, the jury returned a verdict in favor of the defendants and against the plaintiff, and the

Court adopted the jury's verdict as its own judgment, accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of

Dolgencorp, LLC and DG Louisiana, LLC, doing business as Dollar General, and against

Plaintiff Sarah Etheridge, dismissing the above entitled and numbered cause, with prejudice, at

plaintiff's costs.

New Orleans, Louisiana, this __16th__ day of November, 2023.


**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**